# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
JET FASTENER CORPORATION, A CORPORA § Case No. 08-34626 MB
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 08-34626 MB   Judge: Manuel Barbosa | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | JET FASTENER CORPORATION, A CORPORA | Date Filed (f) or Converted (c): | 12/18/08 (f) |
| | | 341(a) Meeting Date: | 01/12/09 |
| For Period Ending: | 12/05/12 | Claims Bar Date: | 06/03/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Amcor Bank | 3,000.00 | 5,704.73 | | 5,704.73 | FA |
| 2. Fifth Third Bank | 82,851.00 | 0.00 | OA | 0.00 | FA |
| On 1/22/09, Debtor filed amended Schedule "B" and asset no. 2 was supposed to be removed.  The actual Schedule filed simply has a handwritten note and circle around asset #2  stating "remove "  Secured creditor, Fifth Third Bank, excercised their pre-petion set-off rights prior to the filing of the case. | | | | | |
| 3. North Milwaukee State Bank checking | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 100% of stock in Jet Fastener Corp. | 0.00 | 0.00 | OA | 0.00 | FA |
| 5. Accounts Receivable | 73,273.11 | 2,607.31 | | 2,607.31 | FA |
| Remaining accounts receivable abandoned pursuant to Order entered 6/22/09 | | | | | |
| 6. 2007 Cadillac Escalade | 55,804.00 | 0.00 | OA | 0.00 | FA |
| 7. 2007 Chevy Van | 27,279.00 | 0.00 | OA | 0.00 | FA |
| 8. $477,630 machinery, | 902,461.00 | 0.00 | OA | 0.00 | FA |
| $424,831 fixtures and equipment Ex. B29 | | | | | |
| 9. Inventory | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.89 | Unknown |
| TOTALS (Excluding Unknown Values) | $1,145,668.11 | $8,312.04 | | $8,317.93 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 08-34626   MB   Judge: Manuel Barbosa | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | JET FASTENER CORPORATION, A CORPORA | Date Filed (f) or Converted (c): | 12/18/08 (f) |
| | | 341(a) Meeting Date: | 01/12/09 |
| | | Claims Bar Date: | 06/03/09 |

Agreed Order entered June 22, 2009 compeling Trustee to abandon remaining Debtor assets.

Estate tax returns filed. The Trustee to review claims filed and file objections thereto if necessary.

Initial Projected Date of Final Report (TFR): 12/15/10    Current Projected Date of Final Report (TFR): 03/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-34626 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JET FASTENER CORPORATION, A CORPORA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9262  CHECKING ACCOUNT |
| Taxpayer ID No: | *******0527 | | | |
| For Period Ending: | 12/05/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 6,959.57 | | 6,959.57 |
| 11/06/12 | 100000 | Alan D. Lasko, CPA<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, IL  60603 | Final Fee App | 3410-000 | | 6,959.57 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,959.57 | 6,959.57 | 0.00 |
| Less:  Bank Transfers/CD's | 6,959.57 | 0.00 | |
| Subtotal | 0.00 | 6,959.57 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,959.57 | |

Page Subtotals    6,959.57    6,959.57

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 08-34626 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JET FASTENER CORPORATION, A CORPORA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0410 MONEY MARKET |
| Taxpayer ID No: | *******0527 | | | |
| For Period Ending: | 12/05/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/04/09 | 5 | Waterloo Industries, Inc. 100 East Forth St. P.O. Box 2095 Waterloo, Iowa 50704 | Accounts Receivable | 1121-000 | 108.60 | | 108.60 |
| 02/04/09 | 5 | Therma Tru P.O. Box 6120 c/o Corrigan Dispatch 1350 Cheers Blvd. Brownsville, TX 78523 | Accounts Receivable | 1121-000 | 177.25 | | 285.85 |
| 02/04/09 | 5 | A.L. Hansen MFG. CO. 701 Pershing Road Waukegan, IL 60085 | Accounts Receivable | 1121-000 | 28.50 | | 314.35 |
| 02/04/09 | 5 | Murphy Beds Chicago Inc. 2650 Lakeview Chicago, IL 60614 | Accounts Receiveable | 1121-000 | 267.18 | | 581.53 |
| 02/04/09 | 5 | Americraft, LLC 245 Trenton Rd. West Bend, WI 53095 | Accounts Receivable | 1121-000 | 1,799.96 | | 2,381.49 |
| 02/04/09 | 5 | Elk Grove Village 901 Wellington Avenue Elk Grove Village, IL 60007-3499 | Accounts Receivable | 1121-000 | 12.48 | | 2,393.97 |
| 02/04/09 | 5 | A.L. Hansen MFG. CO. 701 Pershing Road Waukegan, IL 60085 | Accounts Receivable | 1121-000 | 123.90 | | 2,517.87 |
| 02/09/09 | 000100 | International Sureties, Ltd Suite 420 701 Poydras St. New Orleans, LA 70139 | Bond Payment Allocation Chapter 7 Blanket Bond Illinois - Chicago - Northern District | 2300-000 | | 1.98 | 2,515.89 |
| 02/20/09 | 5 | Barnstead International | Account Receivable | 1121-000 | 89.44 | | 2,605.33 |

Page Subtotals 2,607.31 1.98

UST Form 101-7-TFR (5/1/2011) (Page: 6)

LFORM24

Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 08-34626 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | JET FASTENER CORPORATION, A CORPORA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0410  MONEY MARKET |
| Taxpayer ID No: | *******0527 | | | |
| For Period Ending: | 12/05/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 2555 Kerper Blvd. | | | | | |
| | | Dubuque, IA 52004-0797 | | | | | |
| 02/27/09 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 2,605.34 |
| 03/05/09 | 1 | Amcore Bank | Turnover Of Business Bank Acct | 1129-000 | 5,704.73 | | 8,310.07 |
| | | 501 Seventh Street | | | | | |
| | | P.O. Box 1537 | | | | | |
| | | Rockford, IL 61110*0037 | | | | | |
| 03/31/09 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 8,310.13 |
| 04/08/09 | 000101 | CT Lien Solutions | Lien Search | 2990-000 | | 30.25 | 8,279.88 |
| | | P.O. Box 200824 | | | | | |
| | | Houston, TX 77216-0824 | | | | | |
| 04/30/09 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.18 | | 8,280.06 |
| 05/29/09 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,280.27 |
| 06/30/09 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,280.48 |
| 07/31/09 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,280.69 |
| 08/31/09 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,280.90 |
| 09/30/09 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,281.10 |
| 10/30/09 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,281.30 |
| 11/30/09 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,281.51 |
| 12/31/09 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,281.72 |
| 01/29/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,281.93 |
| 02/09/10 | 000102 | INTERNATIONAL SURETIES, LTD. | Portion on Blanket Bond #016026455 | 2300-000 | | 7.58 | 8,274.35 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/26/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.19 | | 8,274.54 |
| 03/31/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,274.75 |
| 04/30/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,274.95 |
| 05/28/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,275.16 |

Page Subtotals     5,707.66     37.83

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 7)*     Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 08-34626 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JET FASTENER CORPORATION, A CORPORA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0410 MONEY MARKET |
| Taxpayer ID No: | *******0527 | | | |
| For Period Ending: | 12/05/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,275.36 |
| 07/30/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,275.56 |
| 08/31/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,275.78 |
| 09/30/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,275.98 |
| 10/29/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,276.19 |
| 11/30/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,276.40 |
| 12/31/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,276.61 |
| 01/31/11 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,276.82 |
| 02/28/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 8,276.88 |
| 03/31/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,276.95 |
| 04/26/11 | 000103 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 6.87 | 8,270.08 |
| 04/29/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,270.15 |
| 05/31/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,270.22 |
| 06/30/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,270.29 |
| 07/29/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,270.36 |
| 08/31/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,270.43 |
| 09/30/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,270.50 |
| 10/31/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,270.57 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.54 | 8,260.03 |
| 11/30/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,260.10 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.18 | 8,249.92 |
| 12/30/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,249.99 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.17 | 8,239.82 |
| 01/31/12 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,239.89 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.81 | 8,229.08 |
| 02/15/12 | 000104 | INTERNATIONAL SURETIES, LTD. | Blanket Bond ; Bond #016026455 | 2300-000 | | 8.19 | 8,220.89 |

Page Subtotals  2.49  56.76

UST Form 101-7-TFR (5/1/2011) (Page: 8)

LFORM24

Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 08-34626 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JET FASTENER CORPORATION, A CORPORA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0410  MONEY MARKET |
| Taxpayer ID No: | *******0527 | | | |
| For Period Ending: | 12/05/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/29/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,220.96 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.78 | 8,211.18 |
| 03/30/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,211.25 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.10 | 8,201.15 |
| 04/30/12 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 8,201.22 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.42 | 8,190.80 |
| 05/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,190.87 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.41 | 8,180.46 |
| 06/29/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 8,180.52 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.72 | 8,170.80 |
| 07/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,170.87 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.72 | 8,160.15 |
| 08/17/12 | 000105 | DEPARTMENT OF THE TREASURY | 2011 1120 S; EIN: 36-2600527 | 2810-000 | | 1,191.00 | 6,969.15 |
| | | INTERNAL REVENUE SERVICE | | | | | |
| | | CINCINNATI, OH  45999-0013 | | | | | |
| 08/31/12 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 6,969.21 |
| 08/31/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 9.64 | 6,959.57 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,959.57 | 0.00 |

Page Subtotals    0.47    8,221.36

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Ver: 17.00b

FORM 2

Page: 6

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-34626 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | JET FASTENER CORPORATION, A CORPORA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0410  MONEY MARKET |
| Taxpayer ID No: | *******0527 | | |
| For Period Ending: | 12/05/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,317.93 | 8,317.93 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 6,959.57 | |
| | | | Subtotal | | 8,317.93 | 1,358.36 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,317.93 | 1,358.36 | |

Page Subtotals        0.00        0.00

FORM 2 Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit B

| Case No: | 08-34626 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | JET FASTENER CORPORATION, A CORPORA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1961 GENERAL CHECKING |
| Taxpayer ID No: | *******0527 | | |
| For Period Ending: | 12/05/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 0.00 | 0.00 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |

| | NET | ACCOUNT |
|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| CHECKING ACCOUNT - ********9262 | 0.00 | 6,959.57 | 0.00 |
| MONEY MARKET - ********0410 | 8,317.93 | 1,358.36 | 0.00 |
| GENERAL CHECKING - ********1961 | 0.00 | 0.00 | 0.00 |
| | 8,317.93 | 8,317.93 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-34626 MB
Case Name: JET FASTENER CORPORATION, A CORPORA
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000017 | Fifth Third Bank | $ | $ | $ | $ |
| 000019 | R. Jones Trucking & Grading, Inc. | $ | $ | $ | $ |
| 000040 | North Milwaukee State Bank | $ | $ | $ | $ |
| 000047B | Department of the Treasury | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko, CPA | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000023 | Elsa Bayron | $ | $ | $ |
| 000030 | Gary Thomas Curran | $ | $ | $ |
| 000036 | United States Department of Labor | $ | $ | $ |

Total to be paid to priority creditors                $_____

Remaining Balance                                     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Avaya Inc. | $ | $ | $ |
| 000002 | CIT Communications Finance Corporation | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Star Stainless Screw Co. | $ | $ | $ |
| 000004 | DLP Coatings Inc | $ | $ | $ |
| 000005 | Wayne Bolt & Nut Co. | $ | $ | $ |
| 000006 | House of Safety Inc. | $ | $ | $ |
| 000007 | Illinois Manufacturers Directory | $ | $ | $ |
| 000008 | Locknut Technology, Inc. | $ | $ | $ |
| 000009 | Lundell Mfg Corp. | $ | $ | $ |
| 000010 | David Johnson | $ | $ | $ |
| 000012 | Atlas Bolt & Screw Company | $ | $ | $ |
| 000013 | Narragansett Screw Co. | $ | $ | $ |
| 000014 | Star Stainless Screw Co. | $ | $ | $ |
| 000015 | Tortoise Fasteners Co. | $ | $ | $ |
| 000016 | Pitney Bowes Inc | $ | $ | $ |
| 000018 | Integrys Energy Service | $ | $ | $ |
| 000020 | Micro Plastics, Inc. | $ | $ | $ |
| 000021 | Standard Forwarding Co., Inc | $ | $ | $ |
| 000022 | Stephen King | $ | $ | $ |
| 000024 | Heads & Threads International LLC | $ | $ | $ |
| 000025 | XL Screw Corporation | $ | $ | $ |
| 000026 | Planned Packaging of Illinois Corp. | $ | $ | $ |
| 000027 | South Holland Metal Finishing Company | $ | $ | $ |
| 000028 | Sems and Specials, Inc. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000029 | Dynamex | $ | $ | $ |
| 000031 | U.S. Plating Corp. | $ | $ | $ |
| 000032 | Hartford Fire Insurance Company | $ | $ | $ |
| 000033 | Perkins Products Inc. | $ | $ | $ |
| 000034 | Kanebridge Corporation | $ | $ | $ |
| 000035 | Harrison Richards, Inc. | $ | $ | $ |
| 000037 | FedEx Freight Inc | $ | $ | $ |
| 000038 | Metal Resource Solutions, Inc. | $ | $ | $ |
| 000039A | RFPR Associates | $ | $ | $ |
| 000041 | Emery K. Harlan Esq. | $ | $ | $ |
| 000042 | Gonzalez Saggio & Harlan LLP | $ | $ | $ |
| 000047A | Department of the Treasury | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000043 | Rickmond and Associates, Inc. James Rickmond | $ | $ | $ |
| 000044 | OSG Tap & Die, Inc. | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000045 | OSG - Sterling Die, Inc | $ | $ | $ |
| 000046 | State of Iowa | $ | $ | $ |

  Total to be paid to tardy general unsecured creditors  $_____

  Remaining Balance  $_____


  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____ percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE