UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
JET FASTENER CORPORATION, A           §    Case No. 08-34626
CORPORA
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019 | R. Jones Trucking & Grading, Inc. |  |  |  |  |  |
| 000017 | Fifth Third Bank |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000040 | North Milwaukee State Bank | | | | | |
| 000039B | Rfpr Associates | | | | | |
| 000047B | Department Of The Treasury | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| DEPARTMENT OF THE TREASURY | | | | | |
| CT LIEN SOLUTIONS | | | | | |
| ALAN D. LASKO | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000023 | Elsa Bayron | | | | | |
| 000030 | Gary Thomas Curran | | | | | |
| 000011 | John M. Schneiderman | | | | | |
| 000036 | United States Department Of Labor | | | | | |
| 000047C | Department Of The Treasury | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | Atlas Bolt & Screw Company | | | | | |
| 000001 | Avaya Inc. | | | | | |
| 000002 | Cit Communications Finance Corporat | | | | | |
| 000010 | David Johnson | | | | | |
| 000047A | Department Of The Treasury | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | Dlp Coatings Inc | | | | | |
| 000029 | Dynamex | | | | | |
| 000041 | Emery K. Harlan Esq. | | | | | |
| 000037 | Fedex Freight Inc | | | | | |
| 000042 | Gonzalez Saggio & Harlan Llp | | | | | |
| 000035 | Harrison Richards, Inc. | | | | | |
| 000032 | Hartford Fire Insurance Company | | | | | |
| 000024 | Heads & Threads International Llc | | | | | |
| 000006 | House Of Safety Inc. | | | | | |
| 000007 | Illinois Manufacturers Directory | | | | | |
| 000018 | Integrys Energy Service | | | | | |
| 000034 | Kanebridge Corporation | | | | | |
| 000008 | Locknut Technology, Inc. | | | | | |
| 000009 | Lundell Mfg Corp. | | | | | |
| 000038 | Metal Resource Solutions, Inc. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000020 | Micro Plastics, Inc. | | | | | |
| 000013 | Narragansett Screw Co. | | | | | |
| 000033 | Perkins Products Inc. | | | | | |
| 000016 | Pitney Bowes Inc | | | | | |
| 000026 | Planned Packaging Of Illinois Corp. | | | | | |
| 000039A | Rfpr Associates | | | | | |
| 000028 | Sems And Specials, Inc. | | | | | |
| 000027 | South Holland Metal Finishing Compa | | | | | |
| 000021 | Standard Forwarding Co., Inc | | | | | |
| 000003 | Star Stainless Screw Co. | | | | | |
| 000014 | Star Stainless Screw Co. | | | | | |
| 000022 | Stephen King | | | | | |
| 000015 | Tortoise Fasteners Co. | | | | | |
| 000031 | U.S. Plating Corp. | | | | | |
| 000005 | Wayne Bolt & Nut Co. | | | | | |
| 000025 | Xl Screw Corporation | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000045 | Osg - Sterling Die, Inc | | | | | |
| 000044 | Osg Tap & Die, Inc. | | | | | |
| 000043 | Rickmond And Associates, Inc. James | | | | | |
| 000046 | State Of Iowa | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-34626 | MB | Judge: Manuel Barbosa | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | JET FASTENER CORPORATION, A CORPORA | | | Date Filed (f) or Converted (c): | 12/18/08 (f) |
| | | | | 341(a) Meeting Date: | 01/12/09 |
| For Period Ending: | 06/14/13 | | | Claims Bar Date: | 06/03/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Amcor Bank | 3,000.00 | 5,704.73 | | 5,704.73 | FA |
| 2. Fifth Third Bank | 82,851.00 | 0.00 | OA | 0.00 | FA |
| On 1/22/09, Debtor filed amended Schedule "B" and asset no. 2 was supposed to be removed. The actual Schedule filed simply has a handwritten note and circle around asset #2 stating "remove " Secured creditor, Fifth Third Bank, excercised their pre-petion set-off rights prior to the filing of the case. | | | | | |
| 3. North Milwaukee State Bank checking | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 100% of stock in Jet Fastener Corp. | 0.00 | 0.00 | OA | 0.00 | FA |
| 5. Accounts Receivable | 73,273.11 | 2,607.31 | | 2,607.31 | FA |
| Remaining accounts receivable abandoned pursuant to Order entered 6/22/09 | | | | | |
| 6. 2007 Cadillac Escalade | 55,804.00 | 0.00 | OA | 0.00 | FA |
| 7. 2007 Chevy Van | 27,279.00 | 0.00 | OA | 0.00 | FA |
| 8. $477,630 machinery, $424,831 fixtures and equipment Ex. B29 | 902,461.00 | 0.00 | OA | 0.00 | FA |
| 9. Inventory | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.89 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)　$1,145,668.11　$8,312.04　　$8,317.93　$0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1　　Ver: 17.02d

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-34626    MB    Judge: Manuel Barbosa | Trustee Name:    THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | JET FASTENER CORPORATION, A CORPORA | Date Filed (f) or Converted (c):   12/18/08 (f) |
| | | 341(a) Meeting Date:   01/12/09 |
| | | Claims Bar Date:   06/03/09 |

Agreed Order entered June 22, 2009 compeling Trustee to abandon remaining Debtor assets.

Estate tax returns filed. The Trustee to review claims filed and file objections thereto if necessary.

Initial Projected Date of Final Report (TFR): 12/15/10    Current Projected Date of Final Report (TFR): 03/30/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-34626 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JET FASTENER CORPORATION, A CORPORA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9262 CHECKING ACCOUNT |
| Taxpayer ID No: | *******0527 | | | |
| For Period Ending: | 06/14/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 6,959.57 | | 6,959.57 |
| 11/06/12 | 100000 | Alan D. Lasko, CPA | Final Fee App | 3410-000 | | 6,959.57 | 0.00 |
| | | 29 South LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,959.57 | 6,959.57 | 0.00 |
| Less: Bank Transfers/CD's | 6,959.57 | 0.00 | |
| Subtotal | 0.00 | 6,959.57 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,959.57 | |

Page Subtotals  6,959.57  6,959.57

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-34626 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JET FASTENER CORPORATION, A CORPORA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0410 MONEY MARKET |
| Taxpayer ID No: | *******0527 | | | |
| For Period Ending: | 06/14/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/04/09 | 5 | Waterloo Industries, Inc. 100 East Forth St. P.O. Box 2095 Waterloo, Iowa 50704 | Accounts Receivable | 1121-000 | 108.60 | | 108.60 |
| 02/04/09 | 5 | Therma Tru P.O. Box 6120 c/o Corrigan Dispatch 1350 Cheers Blvd. Brownsville, TX 78523 | Accounts Receivable | 1121-000 | 177.25 | | 285.85 |
| 02/04/09 | 5 | A.L. Hansen MFG. CO. 701 Pershing Road Waukegan, IL 60085 | Accounts Receivable | 1121-000 | 28.50 | | 314.35 |
| 02/04/09 | 5 | Murphy Beds Chicago Inc. 2650 Lakeview Chicago, IL 60614 | Accounts Receiveable | 1121-000 | 267.18 | | 581.53 |
| 02/04/09 | 5 | Americraft, LLC 245 Trenton Rd. West Bend, WI 53095 | Accounts Receivable | 1121-000 | 1,799.96 | | 2,381.49 |
| 02/04/09 | 5 | Elk Grove Village 901 Wellington Avenue Elk Grove Village, IL 60007-3499 | Accounts Receivable | 1121-000 | 12.48 | | 2,393.97 |
| 02/04/09 | 5 | A.L. Hansen MFG. CO. 701 Pershing Road Waukegan, IL 60085 | Accounts Receivable | 1121-000 | 123.90 | | 2,517.87 |
| 02/09/09 | 000100 | International Sureties, Ltd Suite 420 701 Poydras St. New Orleans, LA 70139 | Bond Payment Allocation Chapter 7 Blanket Bond Illinois - Chicago - Northern District | 2300-000 | | 1.98 | 2,515.89 |
| 02/20/09 | 5 | Barnstead International | Account Receivable | 1121-000 | 89.44 | | 2,605.33 |

Page Subtotals 2,607.31 1.98

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-34626 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JET FASTENER CORPORATION, A CORPORA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0410 MONEY MARKET |
| Taxpayer ID No: | *******0527 | | | |
| For Period Ending: | 06/14/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 2555 Kerper Blvd. | | | | | |
| | | Dubuque, IA 52004-0797 | | | | | |
| 02/27/09 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.01 | | 2,605.34 |
| 03/05/09 | 1 | Amcore Bank | Turnover Of Business Bank Acct | 1129-000 | 5,704.73 | | 8,310.07 |
| | | 501 Seventh Street | | | | | |
| | | P.O. Box 1537 | | | | | |
| | | Rockford, IL 61110*0037 | | | | | |
| 03/31/09 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 8,310.13 |
| 04/08/09 | 000101 | CT Lien Solutions | Lien Search | 2990-000 | | 30.25 | 8,279.88 |
| | | P.O. Box 200824 | | | | | |
| | | Houston, TX 77216-0824 | | | | | |
| 04/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.18 | | 8,280.06 |
| 05/29/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,280.27 |
| 06/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,280.48 |
| 07/31/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,280.69 |
| 08/31/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,280.90 |
| 09/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,281.10 |
| 10/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,281.30 |
| 11/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,281.51 |
| 12/31/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,281.72 |
| 01/29/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,281.93 |
| 02/09/10 | 000102 | INTERNATIONAL SURETIES, LTD. | Portion on Blanket Bond #016026455 | 2300-000 | | 7.58 | 8,274.35 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/26/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.19 | | 8,274.54 |
| 03/31/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,274.75 |
| 04/30/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,274.95 |
| 05/28/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,275.16 |

Page Subtotals    5,707.66    37.83

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-34626 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | JET FASTENER CORPORATION, A CORPORA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0410  MONEY MARKET |
| Taxpayer ID No: | *******0527 | | | |
| For Period Ending: | 06/14/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,275.36 |
| 07/30/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,275.56 |
| 08/31/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,275.78 |
| 09/30/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,275.98 |
| 10/29/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,276.19 |
| 11/30/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,276.40 |
| 12/31/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,276.61 |
| 01/31/11 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,276.82 |
| 02/28/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 8,276.88 |
| 03/31/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,276.95 |
| 04/26/11 | 000103 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 6.87 | 8,270.08 |
| 04/29/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,270.15 |
| 05/31/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,270.22 |
| 06/30/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,270.29 |
| 07/29/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,270.36 |
| 08/31/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,270.43 |
| 09/30/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,270.50 |
| 10/31/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,270.57 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.54 | 8,260.03 |
| 11/30/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,260.10 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.18 | 8,249.92 |
| 12/30/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,249.99 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.17 | 8,239.82 |
| 01/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,239.89 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.81 | 8,229.08 |
| 02/15/12 | 000104 | INTERNATIONAL SURETIES, LTD. | Blanket Bond ; Bond #016026455 | 2300-000 | | 8.19 | 8,220.89 |

Page Subtotals   2.49   56.76

Ver: 17.02d

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-34626 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JET FASTENER CORPORATION, A CORPORA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0410  MONEY MARKET |
| Taxpayer ID No: | *******0527 | | | |
| For Period Ending: | 06/14/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/29/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,220.96 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.78 | 8,211.18 |
| 03/30/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,211.25 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.10 | 8,201.15 |
| 04/30/12 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 8,201.22 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.42 | 8,190.80 |
| 05/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,190.87 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.41 | 8,180.46 |
| 06/29/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 8,180.52 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.72 | 8,170.80 |
| 07/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,170.87 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.72 | 8,160.15 |
| 08/17/12 | 000105 | DEPARTMENT OF THE TREASURY | 2011 1120 S; EIN: 36-2600527 | 2810-000 | | 1,191.00 | 6,969.15 |
| | | INTERNAL REVENUE SERVICE | | | | | |
| | | CINCINNATI, OH  45999-0013 | | | | | |
| 08/31/12 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 6,969.21 |
| 08/31/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 9.64 | 6,959.57 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,959.57 | 0.00 |

Page Subtotals        0.47        8,221.36

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 08-34626 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | JET FASTENER CORPORATION, A CORPORA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0410  MONEY MARKET |
| Taxpayer ID No: | *******0527 | | | |
| For Period Ending: | 06/14/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,317.93 | 8,317.93 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 6,959.57 | |
| | | | Subtotal | | 8,317.93 | 1,358.36 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,317.93 | 1,358.36 | |

Page Subtotals        0.00        0.00

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-34626 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | JET FASTENER CORPORATION, A CORPORA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1961 GENERAL CHECKING |
| Taxpayer ID No: | *******0527 | | |
| For Period Ending: | 06/14/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| CHECKING ACCOUNT - ********9262 | 0.00 | 6,959.57 | 0.00 |
| MONEY MARKET - ********0410 | 8,317.93 | 1,358.36 | 0.00 |
| GENERAL CHECKING - ********1961 | 0.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 8,317.93 | 8,317.93 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*